No. 93–8570. ALLEN v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON. C. A. 9th Cir. Certiorari denied.

No. 93–8579. SYKES v. JAMES. C. A. 2d Cir. Certiorari denied.

No. 93–8608. BROOKS v. MCCAUSELAND. C. A. 3d Cir. Certiorari denied.

No. 93–8609. AJAYI v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 93–8614. WILSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8627. DONALDSON v. SWIDERSKI ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–8645. WALKER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8647. BERDUZCO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8665. GIBBS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8688. RUTHERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8760. DANIEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8772. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8838. TAPLIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8846. BEASLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8907. NETTLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8914. BARFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.